IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMANTHA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-1816-N-BN |
| | § | |
| TRAVELERS INDEMNITY ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Samantha Carter's claims against Defendants Allianz Global Corporate & Specialty, Fireman's Fund Insurance Company, Nationwide E & S/Specialty, North American Specialty Insurance Company, Travelers Indemnity, and Travelers Lloyd of Texas Insurance Company are DISMISSED without prejudice for lack of subject matter jurisdiction.

It is further **ORDERED** that the Clerk shall transmit to the parties a true copy of this Judgment, together with a true copy of the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SIGNED this 19th day of September, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE